

PHILLIPS SPALLAS & ANGSTADT LLP
— ATTORNEYS AT LAW —

Reply to Las Vegas Office

July 7, 2017

*Via CM/ECF*

Hon. Judge Andrew P. Gordon
U.S. District Court – District of Nevada
333 Las Vegas Boulevard, South
Las Vegas, Nevada 89101

Re:     Theresa Ary v. Wal-Mart Stores, Inc.
        Case No.:  2:17-cv-00583-APG-PAL

Dear Judge Gordon:

Please allow this correspondence to advise Your Honor that the parties in this matter have recently reached settlement. As such, the parties anticipate filing of closing documents shortly.

Please feel free to contact me directly should Your Honor have any questions or concerns.

Sincerely,
PHILLIPS, SPALLAS & ANGSTADT LLP

*/s/ Ryan Kerbow*
Ryan Kerbow, Esq.

Cc:     David O. Creasy, Esq. – Attorney for Plaintiff

        *(Via CM/ECF)*


**IT IS ORDERED** that the settling parties shall have until **August 7, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: July 13, 2017

Peggy A. Leen
United States Magistrate Judge

**SAN FRANCISCO**
505 Sansome Street, 6th Floor
San Francisco, CA 94111
t 415 278 9400
f 415 278 9411

**LAS VEGAS**
504 S. Ninth Street
Las Vegas, NV 89101
t 702 938 1510
f 415 278 9411

**LOS ANGELES**
1875 Century Park East, Suite 1050
Los Angeles, CA 90067
t 310 407 3017
f 310 772 0023

**NAPA**
1827 Clay Street, Suite 101
Napa, CA 94558
t 707 252 1505
f 707 252 1515

www.psalaw.net