BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
bentzminger@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA ARY, | Case No.: 2:17-cv-00583-APG-PAL |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., a foreign corporation dba WAL-MART, JOHN DOES I-X, NEVADA residents, ROE CORPORATIONS I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 20th day of July, 2017.   DATED this 20th day of July, 2017.

3  THE GAGE LAW FIRM   PHILLIPS, SPALLAS & ANGSTADT

   #13362

4  

5  David O. Creasy, Esq.   Ryan Kerbow, Esq.
   7674 W. Lake Mead Blvd., # 108   504 South Ninth Street
6  Las Vegas, Nevada 89128   Las Vegas, Nevada 89101
   Attorneys for Plaintiff   Attorneys for Defendant
7  Theresa Ary   Wal-Mart Stores, Inc.

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: July 21, 2017.

_____
UNITED STATES DISTRICT JUDGE